| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-14658-AMC

ROBERT O TURNER
2632 LAMOTT AVENUE
WILLOW GROVE  PA    19090

Petition Filed Date: 07/25/2019
341 Hearing Date: 09/06/2019
Confirmation Date: 04/29/2020

Case Status: Completed on 5/ 4/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/17/2019 | $900.00 | Automatic Paym | 10/18/2019 | $900.00 | | 11/20/2019 | $566.99 | |
| 12/05/2019 | $566.99 | | 01/06/2020 | $566.99 | | 02/03/2020 | $566.99 | |
| 03/05/2020 | $605.00 | | 04/03/2020 | $605.00 | | 05/04/2020 | $605.00 | |

**Total Receipts for the Period: $5,882.96    Amount Refunded to Debtor Since Filing: $57.92   Total Receipts Since Filing: $5,882.96**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ASHLEY FUNDING SVCS LLC<br>»»  001 | Unsecured Creditors | $80.83 | $80.83 | $0.00 |
| 2 | ASHLEY FUNDING SVCS LLC<br>»»  002 | Unsecured Creditors | $69.87 | $69.87 | $0.00 |
| 3 | CAPITAL ONE AUTO FINANCE<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»»  004 | Unsecured Creditors | $2,283.64 | $2,283.64 | $0.00 |
| 5 | AMIP MANAGEMENT<br>»»  005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $2,840.00 | $2,840.00 | $0.00 |
| 6 | ASHLEY FUNDING SVCS LLC<br>»»  006 | Unsecured Creditors | $7.88 | $7.88 | $0.00 |
| 7 | ASHLEY FUNDING SVCS LLC<br>»»  007 | Unsecured Creditors | $9.35 | $9.35 | $0.00 |
| 0 | ROBERT O TURNER | Debtor Refunds | $57.92 | $57.92 | $0.00 |
| 8 | NAVIENT SOLUTIONS INC<br>»»  008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | NAVIENT SOLUTIONS INC<br>»»  009 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | NAVIENT SOLUTIONS INC<br>»»  010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-14658-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,882.96 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $5,349.49 | Arrearages: | $0.00 |
| Paid to Trustee: | $533.47 | Total Plan Base: | $5,882.96 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.